## McGLYNN *v.* STATE OF INDIANA.

[No. 13,945. Filed November 14, 1929.]

*Joseph T. Markey*, for appellant.

*Arthur L. Gilliom*, Attorney-General, and *Edward J. Lennon, Jr.*, Deputy Attorney-General, for the State.

ENLOE, J.—Martha Swarat, Hattie Weakly, Bessie

Shaw, Marie McGlynn and Ray Mitchell were indicted by the grand jury of Marion county upon a charge of conspiracy to steal merchandise. The defendants, Swarat, McGlynn and Mitchell each pleaded not guilty. From a finding by the court of "guilty as charged," separate appeals have been prosecuted, the error assigned herein being the action of the court in overruling appellant's motion for a new trial. We have searched the brief of appellant in vain to find her motion for a new trial. Under the third subdivision of said brief, "How the issues were decided and what the judgment was," we find the following: "The defendant, Marie McGlynn, thereupon filed a motion for a new trial (Rec. pp. 12, 13, 14), which motion was, by the court, overruled (Rec. p. 15)"; and, under the fifth subdivision of said brief, "The Record," we find the following: "Motion for a new trial is overruled and to which ruling the defendant by counsel excepts. (See Rec. L. 1 & 2 p. 15)." It follows that the brief is insufficient to present any question, *State, ex rel.*, v. *Birden* (1918), 187 Ind. 466, 119 N. E. 865; *Buser, Comptroller*, v. *State, ex rel.* (1928), 200 Ind. 115, 161 N. E. 825; *State, ex rel.*, v. *Hinds, Trustee* (1929), 200 Ind. 613, 165 N. E. 754.

Affirmed.